Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER HART, MARY HART, AND KENNETH HART,** | Case No. 2:12-cv-02906-WBS-AC |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | **Hon. William B. Shubb** |
| **CREDIT BUREAU ASSOCIATES,** | |
| Defendant. | |

NOW COMES THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiffs request that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 27th day of March, 2014.

By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

Filed electronically on this 27th day of March, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable William B. Shubb
United States District Court
Eastern District of California

Brandon L. Reeves
Ellis Law Group LLP
740 University Avenue, Suite 100
Sacramento CA 95825
Attorney for Defendant

This 27th day of March, 2014.

s/Todd M. Friedman
Todd M. Friedman